IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND; NORTHWEST SHEET METAL WORKERS PENSION FUND; and NORTHWEST SHEET METAL WORKERS SUPPLEMENTAL PENSION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>WHITE FOX BUILDING SERVICES LLC,<br><br>Defendant. | No.<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF** |

**JURISDICTION AND VENUE**

1.  This is an action brought pursuant to Section 301 of the National Labor Relations Act, as amended (hereafter "the Act"), 29 U.S.C. § 185, and Section 502 of the Employee Retirement Income Security Act of 1974 (hereafter "ERISA"), 29 U.S.C. § 1132. Jurisdiction and venue are conferred upon this Court by 29 U.S.C. § 185(a), 1132(a), (e) and (f).

**PARTIES**

2.  Plaintiff NORTHWEST SHEET METAL WORKERS WELFARE FUND (hereafter "Welfare Trust") is a labor-management health and welfare trust fund created pursuant to the provisions of Section 302(c) of the Act, 29 U.S.C. § 186(c), and authorized to sue in its own name by Section 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1). Plaintiff Welfare Fund is

COMPLAINT FOR INJUNCTIVE RELIEF - Page 1

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121

administered in the State of Washington.

3. Plaintiff NORTHWEST SHEET METAL WORKERS PENSION FUND (hereafter "Pension Trust") is a labor-management pension trust fund created pursuant to the provisions of Section 302(c) of the Act, 29 U.S.C. § 186(c), and authorized to sue in its own name by Section 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1). Plaintiff Pension Fund is administered in the State of Washington.

4. Plaintiff NORTHWEST SHEET METAL WORKERS SUPPLEMENTAL PENSION TRUST (hereafter "Supplemental Pension Trust") is a labor-management pension trust fund created pursuant to the provisions of Section 302(c) of the Act, 29 U.S.C. § 186(c), and authorized to sue in its own name by Section 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1). Plaintiff Pension Fund is administered in the State of Washington.

5. Defendant WHITE FOX BUILDING SERVICES LLC is a sheet metal contractor and is a party to a collective bargaining agreement with Sheet Metal Workers Local 23. That industry affects commerce within the meaning of the Act. White Fox has employed or does employ persons represented by Local 23. White Fox's principal place of business is 6040 Staedem Dr., Anchorage, AK 99504.

**CLAIM FOR RELIEF**

6. Plaintiffs incorporate by reference as though set forth fully herein paragraphs 1 through 5 above.

7. The collective bargaining agreement between Defendant and Local 23 was in effect at all times material hereto. By that agreement Defendant Kessler Brothers became obligated to make monthly contributions to plaintiffs Welfare, Pension, and Supplemental Pension, as well as other funds, on behalf of employees represented by Local 23.

8. Defendant has also agreed to and has received money from its Local 23 employees, as part of the employees' after-tax wages, which Defendant is and was obligated on a monthly basis to deposit into each employee's account, or submit to Local 23 as part of each

COMPLAINT FOR INJUNCTIVE RELIEF - Page 2

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121

employee's dues obligation. Defendant holds such money in trust.

9. Payments due to the various plaintiff and non-plaintiff Trusts, and the amounts of employees' after-tax wages held in trust by Defendant, are calculated pursuant to a contribution reporting form required to be prepared monthly by Defendant.

10. The completed contribution reporting form and accompanying payment are due at the Welfare office and address within fifteen (15) days after the end of each calendar month and are considered delinquent if not received within 20 days after the end of each calendar month.

11. By virtue of its collective bargaining agreement and/or relevant trust agreements, Defendant is further required to submit to audits of payroll records at the request of the Plaintiffs. For the period beginning May 2017 and continuing to the present, Defendant has refused to comply with the audit process.

12. The dollar amount due plaintiffs cannot be ascertained without reviewing defendant's employment records for the period in question.

13. Unless ordered by this Court, Defendant will continue to refuse to comply with the audit process. As a result, Plaintiffs will be irreparably damaged.

14. In addition to compliance with the audit process, Plaintiffs are entitled to the following pursuant to Section 502(g) of ERISA, 29 U.S.C. § 1132(g), and Section 301 of the Act, 29 U.S.C. § 185, as amended:

   (a) Reasonable attorneys' fees and the costs of this action.

15. A copy of this complaint will be served upon the Secretary of Labor and the Secretary of the Treasury by certified mail as required by ERISA, 29 U.S.C. § 1132(h).

WHEREFORE, plaintiffs demand judgment against the Defendants:

1. Obligating Defendant to comply with the audit process;

COMPLAINT FOR INJUNCTIVE RELIEF - Page 3

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121

2. Restraining and enjoining Defendant, its officers, agents, servants, attorneys, and all persons acting on its behalf or in conjunction with it from: refusing to comply with the audit process;

3. Requiring Defendant to pay to plaintiffs reasonable attorneys' fees and the costs of this action as set forth in Section 502(g) of ERISA 29 U.S.C. § 1132(g); and

4. Granting plaintiffs such further and other relief as may be just and proper.

DATED this 18th day of January, 2018.

                MCKANNA BISHOP JOFFE, LLP

                s/ Daniel Hutzenbiler
                Daniel R. Hutzenbiler, WSBA No. 36938
                Telephone: 503-821-0955
                Email: dhutzenbiler@mbjlaw.com
                Of Attorneys for Plaintiffs

COMPLAINT FOR INJUNCTIVE RELIEF - Page 4

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW
1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121